Nonnie L. Shivers, SBN 023460
Douglas (Trey) Lynn, SBN 028054
Ashley V. Cheff, SBN 036065
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602-778-3700
Facsimile: 602-778-3750
nonnie.shivers@ogletree.com
trey.lynn@ogletree.com
ashley.cheff@ogletree.com

*Attorneys for Defendant
Guaranteed Rate, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Konopaske,<br><br>               Plaintiff,<br><br>     v.<br><br>Guaranteed Rate, Inc., a Delaware Corporation,<br><br>               Defendant. | No. 2:22-cv-02116-SRB<br><br>**DEFENDANT'S NOTICE OF SETTLEMENT** |

Defendant Guaranteed Rate, Inc., by and through undersigned counsel, hereby notifies the Court that the parties have reached a settlement in this matter. The parties will file a joint stipulation to dismiss this case with prejudice after completing the settlement documentation.

DATED this 21st day of February 2023.

                              OGLETREE, DEAKINS, NASH
                              SMOAK & STEWART, P.C.


                              By: /s/ *Douglas (Trey) Lynn*
                                  Nonnie L. Shivers
                                  Douglas (Trey) Lynn
                                  2415 E. Camelback Road, Suite 800
                                  Phoenix, AZ 85016

                                  Attorneys for Defendant